# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAKIA WILLIAMS, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 10-3024 |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | : | |
| Defendant | : | |

### ORDER

AND NOW, this 19th day of June , 2011, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, and Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED; and

2. Plaintiff's Request for Review is GRANTED.

3. this matter is REMANDED to the Commissioner of Social Security for further consideration.

BY THE COURT:



/S/ JEROME D. DAVIS

Jerome D. Davis, J.